**MEMO ENDORSED**

**COZEN O'CONNOR**

September 19, 2025

**Eric J. Berger**
Direct Phone  212-908-1279
Direct Fax     877-434-1068
eberger@cozen.com

*VIA ECF*

Hon. Jessica G.L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Riverkeeper, Inc. v. Quality Bus Service, LLC et al.*
             Docket No.:  7:25-cv-01009-JGLC

Dear Judge Clarke:

This firm represents defendants, National Express LLC and Quality Bus Service, LLC, in the above-captioned matter. We are writing with consent of plaintiff's counsel on behalf of all parties.

In its endorsed order (ECF 18), the Court ordered that all deadlines and proceedings in this case shall remain adjourned *sine die* and the parties shall submit, by September 22, 2025, a joint letter updating the Court on their settlement efforts or, in the alternative, submitting a proposed case management plan and scheduling order.

Please allow this letter to serve as a report on our settlement progress and an application for a further *sine die* adjournment of all deadlines and proceedings in this case.

As a follow-up to our July 18, 2025 request for an extension, counsel are continuing to work on towards complete resolution of this matter without the need for formal discovery or any responsive pleading or motion practice.  Since July 18, 2025, we have conducted cooperative site visits of the defendants' facility on September 9, 2025, with technical advisors and lawyers in attendance; we are in the process of conferring on any open potential concerns; and we are working toward a mutually acceptable consent decree to be presented to the Court for entry, following review by the U.S. Department of Justice and U.S. Environmental Protection Agency pursuant to 33 U.S.C. § 1365(c)(3). There is no need for an answer at this time given that the parties are making significant progress toward settlement, and the parties wish to devote their resources to that settlement process.

As the Court is aware, there is a similar case, *Riverkeeper, Inc. and Save the Sound, Inc. v. National Express LLC and White Plains Bus Co., Inc*., No.: 7:24-cv-09676-JGLC, also pending before Your Honor.  The two cases involve different industrial facilities, but have a common plaintiff and defendant, and the same counsel and consultants.  Accordingly, we are working to settle both cases concurrently.

Hon. Jessica G.L. Clarke
September 19, 2025
Page 2

---

As a final matter, we wish to alert the Court that the parties are discussing and evaluating whether any additional defendants should be added to the case, in light of recent developments regarding the defendants' corporate organization.

Thank you for your consideration.

Respectfully submitted,

COZEN O'CONNOR

By:    Eric J. Berger

cc:    *All Counsel via ECF*

Application GRANTED. All deadlines and proceedings in this case shall remain adjourned *sine die*. The parties shall submit, by **October 22, 2025,** a joint letter updating the Court on their settlement efforts or, in the alternative, submitting a proposed case management plan and scheduling order.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: September 22, 2025
       New York, New York