**MEMO ENDORSED**

**COZEN O'CONNOR**

October 23, 2025

**Eric J. Berger**
Direct Phone 212-908-1279
Direct Fax 877-434-1068
eberger@cozen.com

*VIA ECF*

Hon. Jessica G.L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *Riverkeeper, Inc. v. Quality Bus Service, LLC et al.*
            Docket No.:  7:25-cv-01009-JGLC

Dear Judge Clarke:

This firm represents defendants, National Express LLC and Quality Bus Service, LLC, in the above-captioned matter. We are writing with consent of plaintiff's counsel on behalf of all parties.

In its endorsed order (ECF 20), the Court ordered that all deadlines and proceedings in this case shall remain adjourned *sine die* and the parties shall submit, by October 22, 2025, a joint letter updating the Court on their settlement efforts or, in the alternative, submitting a proposed case management plan and scheduling order.

Please allow this letter to serve as a report on our settlement progress and an application for a further *sine die* adjournment of all deadlines and proceedings in this case.

As a follow-up to our September 19, 2025 request for an extension, counsel are continuing to work on towards complete resolution of this matter without the need for formal discovery or any responsive pleading or motion practice. Since September 19, 2025, plaintiff provided us with proposed revisions to Defendants' Storm Water Pollution Prevention Plan and proposed site improvements to be made as the environmental compliance component of the settlement being negotiated. Defendants' technical consultants are reviewing the proposals, which the parties will discuss soon. As noted previously, we are working toward a mutually acceptable consent decree to be presented to the Court for entry, following review by the U.S. Department of Justice and U.S. Environmental Protection Agency pursuant to 33 U.S.C. § 1365(c)(3). There is no need for an answer or discovery at this time given that the parties are making significant progress toward settlement, and the parties wish to devote their resources to that settlement process.

As the Court is aware, there is a similar case, *Riverkeeper, Inc. and Save the Sound, Inc. v. National Express LLC and White Plains Bus Co., Inc*., No.: 7:24-cv-09676-JGLC, also pending before Your Honor. The two cases involve different industrial facilities, but have a common plaintiff and defendant, and the same counsel and consultants. Accordingly, we are working to settle both cases concurrently.

October 23, 2025
Direct Phone                                              212-908-1279
Hon. Jessica G.L. Clarke
October 23, 2025
Page 2

_____

As also noted previously, the parties are discussing and evaluating whether any additional defendants should be added to the case, in light of recent developments regarding the defendants' corporate organization.

Thank you for your consideration.

Respectfully submitted,

COZEN O'CONNOR

By:    Eric J. Berger

cc:    *All Counsel via ECF*

The Court thanks the parties for their status update. All deadlines in this case remain ADJOURNED sine die. The parties are DIRECTED to submit a further update by November 24, 2025. The Clerk of Court is directed to terminate ECF No. 21.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: October 24, 2025
       New York, New York