

November 24, 2025

*VIA ECF*

**Eric J. Berger**
Direct Phone    212-908-1279
Direct Fax       877-434-1068
eberger@cozen.com

Hon. Jessica G.L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312



      **Re:**    *Riverkeeper, Inc. v. Quality Bus Service, LLC et al.*
           **Docket No.:  7:25-cv-01009-JGLC**

Dear Judge Clarke:

This firm represents defendants, National Express LLC and Quality Bus Service, LLC, in the above-captioned matter. We are writing with consent of Plaintiff's counsel on behalf of all parties.

In its endorsed order (ECF 22), the Court ordered that all deadlines and proceedings in this case shall remain adjourned *sine die* and the parties shall submit, by November 24, 2025, a joint letter updating the Court on their settlement efforts or, in the alternative, submitting a proposed case management plan and scheduling order.

Please allow this letter to serve as a report on our settlement progress and an application for a further *sine die* adjournment of all deadlines and proceedings in this case.

As a follow-up to our prior request for an extension (ECF 21), counsel are continuing to work towards complete resolution of this matter without the need for formal discovery or any responsive pleading or motion practice.  Following the September 9, 2025 joint site inspection involving both sides' consultants, Plaintiff provided proposed revisions to Defendants' Storm Water Pollution Prevention Plan and proposed site improvements to be made as the environmental compliance component of the settlement being negotiated.  Defendants' counsel then visited the site again with Defendants' consultant during a rain event to better evaluate Plaintiff's proposals.   Defendants intend to respond in writing to Plaintiff's proposals by early next week and then to discuss them in detail in a meeting next week.

As noted previously, we are working toward a mutually acceptable consent decree to be presented to the Court for entry, following review by the U.S. Department of Justice and U.S. Environmental Protection Agency pursuant to 33 U.S.C. § 1365(c)(3). There is no need for an answer or discovery at this time given that the parties are making significant progress toward settlement, and the parties wish to devote their resources to that settlement process.

Hon. Jessica G.L. Clarke
November 24, 2025
Page 2

As the Court is aware, there is a similar case, *Riverkeeper, Inc. and Save the Sound, Inc. v. National Express LLC and White Plains Bus Co., Inc.*, No.: 7:24-cv-09676-JGLC, also pending before Your Honor. The two cases involve different industrial facilities, but have a common plaintiff and defendant, and the same counsel and consultants. Accordingly, we are working to settle both cases concurrently.

As also noted previously, the parties are discussing and evaluating whether any additional defendants should be added to the case, in light of recent developments regarding the defendants' corporate organization.

Thank you for your consideration.

Respectfully submitted,

COZEN O'CONNOR

By:    Eric J. Berger

cc:    *All Counsel via ECF*

The Court thanks the parties for their status update. All deadlines in this case remain ADJOURNED *sine die*. The parties are DIRECTED to submit a further update by January 5, 2026. The Clerk of Court is directed to terminate ECF No. 23.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: November 25, 2025
       New York, New York